

P.O. BOX 2500 C
PLYMOUTH, MICHIGAN 48170-0907
PHONE: (734) 455-3600
FAX: (734) 354-7391

August 4, 2010

RICHARD SARBAUGH
240 S. ORANGE
LUDLOW, IL 60949

RE: COBRA Continuation Coverage

Dear RICHARD SARBAUGH:

Per a recent audit of our records, it has been found that you may have not received COBRA Continuation Coverage information or a Certificate of Credible Insurance Coverage upon your termination from the company.

Included with this letter you will find COBRA Continuation Coverage information as well as a Certificate of Credible Coverage. You have 60 days from the date of this notice to elect COBRA Continuation Coverage. Please note that if you elect COBRA the effective date will be retroactive to your date of termination, and premiums will be due from that date to current.

If you have any questions regarding this letter and packet of information, please feel free to contact me at phone number (734) 354-7189.

Sincerely,

Natalie Supplee
Natalie Supplee
Corporate Benefits Supervisor

Enclosures